# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **AMENDED ORDER** |
| vs. | ) | |
| Mikael Omarr Gillette, | ) | Case No. 4:12-cr-175 |
| Defendant. | ) | |

Defendant is currently on pre-sentence release and residing in the Southern District of Florida. On May 12, 2017, he filed a "Request for Out of Country Travel and Release of Passport." He seeks the court's permission to travel to Highgate, St. Mary Parrish, Jamaica, to attend his cousin's funeral. The Government has advised that it has no objection to defendant traveling out-of-country for this funeral.

There being no objection from the Government, the court **GRANTS** defendant's motion (Doc. No. 793). Defendant is authorized to travel to Jamaica on the condition that he provides the United States Attorney's office and defense counsel with a copy of his travel itinerary. It is the court's understanding that defendant will be leaving for Jamaica on or about May 20, 2017, and returning on or about May 25, 2017. The Pretrial Services Office shall return defendant's passport.

**IT IS SO ORDERED.**

Dated this 19th day May, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court